1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE C. EDGECOMB,

                            Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                            Defendant.

CASE NO. C15-1660-MAT

ORDER GRANTING PARTIAL
EXTENSION OF BRIEFING SCHEDULE

        Defendant filed the parties' third unopposed motion for extension of time (Dkt. 18),
requesting a 28-day extension of the due date in which to file the Responsive Brief.  This is
defendant's second request for a 28-day extension. (Dkt. 15)  The Court's previous Order
granted the full amount of time requested by defendant, set the Responsive Brief deadline for
July 15, and advised the parties that no further extensions would be granted absent extraordinary
circumstances. (Dkt. 17)  The Court will therefore review this request with that warning in mind.

        Defendant's  counsel's declaration states that he is participating in a training exercise the
week of July 11-15.  The Court notes the training exercise comes at the very end of the 28-day
extension previously granted to defendant, but defendant offers no explanation for why the brief
could not be prepared during the preceding three weeks of the extension period.  Additionally,

ORDER GRANTING PARTIAL EXTENSION
OF BRIEFING SCHEDULE
PAGE - 1

counsel states he is scheduled for family leave the following week (July 18-22), but this is after the deadline for the Responsive Brief and has no bearing on whether counsel could meet the current deadline.

Having considered the stipulation, and the entire docket in the case, the Court does not find that defendant has shown extraordinary circumstances. The Court is not willing to grant defendant a second, consecutive, 28-day extension.  However, the Court will GRANT a shorter extension of the briefing schedule, with the new deadlines as follows:

Defendant's Responsive Brief:        July 29, 2016

Plaintiff's optional Reply Brief:        August 12, 2016

**The parties should note that no additional extensions will be granted.**  If a truly extraordinary circumstance, such as an unforeseen medical or family emergency, arises, any party seeking extension should be prepared to provide the Court with a thorough explanation of the circumstance.

DATED this 13th day of July, 2016.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PARTIAL EXTENSION
OF BRIEFING SCHEDULE
PAGE - 2