UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE C. EDGECOMB,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. C15-1660-MAT<br><br>ORDER OF REMAND AND JUDGMENT |

This matter comes before the undersigned on remand from the Ninth Circuit Court of Appeals. (Dkts. 27-28.) The Ninth Circuit issued a Memorandum concluding this matter should be remanded to the Commissioner of the Social Security Administration (Commissioner) for further proceedings. (*Id.*) As such, this matter is herein REMANDED to the Commissioner for further administrative proceedings consistent with the Ninth Circuit's decision, judgment is entered for plaintiff, and this case is closed.

DATED this <u>14th</u> day of September, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1